AO 240 (Rev 9/96)

# UNITED STATES DISTRICT COURT

ATTACHMENT 5

District of _____

ALBERT S. HINES

Plaintiff

V.

WORCESTER COUNTY
HOUSE OF CORRECTION

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05-40160 FDS

I, ALBERT S. HINES, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration WORCESTER COUNTY HOUSE OF CORRECTION

    Are you employed at the institution? NO    Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___9-9-05___    ___albert jr. Himes___
   Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## Worcester County Sheriff's Office

### Inmate Transaction Report

Date : 09/07/2005 12:57

Person ID : MSA0091907  
Booking ID   S148003  
Name      :  HINES, ALBERT  
Facility  :  Worcester Cty Sheriff's Office  
Unit      :  FJD BLDG  
Cell/Bed  :  52 /L  

Worcester Cty Sheriff's Office  
Statement From 03/01/2005  
To 09/08/2005

| Transaction | Type | Receipt | Check | Facility | Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|---|
| | Total Transaction before this Period : | | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/2005 00:00 | Sb - Starting Balance | 3062163 | | SDW | ~CONVERSION~GO LIVE | $0.14 | $0.00 | $0.00 | $0.00 |
| 03/24/2005 00:00 | Ml - Mail | 15005744 | P | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 03/25/2005 00:00 | Cn - Canteen | 15006330 | | SDW | ~2878~CANTEEN MANAGER INTERFACE | $0.00 | $19.93 | $0.00 | $0.00 |
| 05/23/2005 00:00 | Ml - Mail | 15021271 | | SDW | | $30.00 | $0.00 | $0.00 | $0.00 |
| 05/23/2005 00:00 | Ml - Mail | 15021283 | | SDW | | $30.00 | $0.00 | $0.00 | $0.00 |
| 05/26/2005 00:00 | Cn - Canteen | 15022433 | | SDW | ~10209~CANTEEN MANAGER INTERFACE | $0.00 | $31.07 | $0.00 | $0.00 |
| 06/02/2005 00:00 | Cn - Canteen | 15024110 | | SDW | ~10919~CANTEEN MANAGER INTERFACE | $0.00 | $28.83 | $0.00 | $0.00 |
| 06/18/2005 00:00 | Ml - Mail | 15028479 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 06/23/2005 00:00 | Cn - Canteen | 15029866 | | SDW | ~13483~CANTEEN MANAGER INTERFACE | $0.00 | $20.02 | $0.00 | $0.00 |
| 07/13/2005 00:00 | Vi - Visitation | 15035004 | | SDW | | $40.00 | $0.00 | $0.00 | $0.00 |
| 07/14/2005 00:00 | Cn - Canteen | 15035343 | | SDW | ~15808~CANTEEN MANAGER INTERFACE | $0.00 | $29.28 | $0.00 | $0.00 |
| 07/21/2005 00:00 | Cn - Canteen | 15037417 | | SDW | ~16496~CANTEEN MANAGER INTERFACE | $0.00 | $10.69 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## Worcester County Sheriff's Office

### Inmate Transaction Report

Date : 09/07/2005 12:57

Person ID : MSA0091907          Worcester Cty Sheriff's Office
Booking ID  S148003             Statement From 03/01/2005
Name      : HINES, ALBERT                  To 09/08/2005
Facility  : Worcester Cty
            Sheriff's Office
Unit      : FJD BLDG
Cell/Bed  : 52 /L

| Transaction | Type | Receipt | Check | Facility Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|
| 07/27/2005 00:00 | Ml - Mail | 15038891 | | SDW | $40.00 | $0.00 | $0.00 | $0.00 |
| 07/28/2005 00:00 | Cn - Canteen | 15039479 | | SDW ~17205~CANTEEN MANAGER INTERFACE | $0.00 | $32.20 | $0.00 | $0.00 |
| 08/02/2005 00:00 | Ml - Mail | 15040444 | | SDW | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2005 00:00 | Cn - Canteen | 15041258 | | SDW ~17922~CANTEEN MANAGER INTERFACE | $0.00 | $27.89 | $0.00 | $0.00 |
| 08/06/2005 00:00 | Ml - Mail | 15042050 | | SDW | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/11/2005 00:00 | Cn - Canteen | 15043475 | | SDW ~18766~CANTEEN MANAGER INTERFACE | $0.00 | $20.21 | $0.00 | $0.00 |
| 08/24/2005 00:00 | Vi - Visitation | 15046993 | | SDW | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/25/2005 00:00 | Cn - Canteen | 15047202 | | SDW ~20185~CANTEEN MANAGER INTERFACE | $0.00 | $19.51 | $0.00 | $0.00 |
| 09/06/2005 00:00 | Ml - Mail | 15049923 | | SDW | $20.00 | $0.00 | $0.00 | $0.00 |
| | | | | | $260.14 | $239.63 | $0.00 | $0.00 |

Balance as of      Personal       Work Release
ending date :

User ID  PAMOCONNOR       Date: 09/07/2005    Time: 12:57        Page: 2 of 3

# COMMONWEALTH OF MASSACHUSETTS
## Worcester County Sheriff's Office

### Inmate Transaction Report

Date :  09/07/2005 12:57

Person ID  : MSA0091907          Worcester Cty Sheriff's Office
Booking ID   S148003             Statement From 03/01/2005
Name      :  HINES, ALBERT                  To 09/08/2005
Facility  :  Worcester Cty
             Sheriff's Office
Unit      :  FJD BLDG
Cell/Bed  :  52 /L

Current Balances :

| Personal | Work Rel. | Freeze | Loan  | Restitution | Sentence |
|----------|-----------|--------|-------|-------------|----------|
| $20.51   | $0.00     | $0.00  | $0.00 | $0.00       | $0.00    |