# Commonwealth of Massachusetts



## OFFICE OF THE SHERIFF
### COUNTY OF WORCESTER

JAIL AND HOUSE OF CORRECTION
5 PAUL X. TIVNAN DRIVE
WEST BOYLSTON, MASSACHUSETTS 01583
TELEPHONE (508) 854-1800
FAX (508) 856-0465
TTY (508) 854-1888

GUY W. GLODIS
*SHERIFF AND SUPERINTENDENT*

JEFFREY R. TURCO
*SPECIAL SHERIFF*
*DEPUTY SUPERINTENDENT*

October 3, 2005

U. S. District Court
Cashier – Suite 2300
1 Courthouse Way
Boston, MA 02210

Re:    Case 4:05-cv-40160-FDS

To Whom It May Concern:

I am enclosing a copy of the Inmate Account balance for Albert J. Hines.
As of this day he does not have enough money to pay The initial filing fee of $40.00.
His account has been frozen and if and when he does receive any money, we will forward
the payments requested to you.

Thank you,

Mary Ann Reynolds
Operations Manager
Finance Dept.
508-854-1831
Reynolds@sdw.state.ma.us

MSA 00 91967
3148403

Case 4:05-cv-40160-FDS    Document 3-1    Filed 09/29/2005    Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT J. HINES,
                Plaintiff,

                                                    CIVIL ACTION
        v.                                          NO  05-40160-FDS
WORCESTER COUNTY HOUSE OF CORRECTION,
                Defendant.

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:     THE TREASURER'S OFFICE AT Worcester County House of Correction, 5 Paul X.
        Tivnan Drive, West Boylston, MA  01583 AND TO ANY TREASURER'S OFFICE AT
        FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay
the statutory filing fee of $250.00 for this action.  See 28 U.S.C. § 1915(b)(1).

☒       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:

        ☐       Full filing fee of $____ from available funds.

        ☒       An initial partial filing fee of: $40.00 due within ten (10) business
                days of receipt of this notice.

        ☒       Remainder of fee [$ 210.00] to be paid in accordance with 28 U.S.C. §
                1915(b)(2) in monthly payments of 20% of the preceding month's income
                credited to the prisoner's account each time the amount in the account
                exceeds $10.00 until the filing fee is paid.

☐       Plaintiff has been without funds for six months and is currently without
        funds.  Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make
        monthly payments of 20 percent of the preceding month's income credited to the
        prisoner's account until the statutory filing fee of $ 250.00 has been paid in
        full.

The Treasurer's Office at the institution designated above is required to send to
the Clerk of the Court the initial partial filing fee (if assessed) and monthly
payments from plaintiff's prison trust account (or institutional equivalent) each
time the amount in the prisoner's account exceeds $10.00.  28 U.S.C. § 1915(b)(2).
The monthly payments shall be sent on the last day of each month, beginning in the
month subsequent to the date of this notice.  The monthly payments shall continue
until the balance of $ 250.00   is paid in full.

The prisoner's name and case number must be noted on each remittance.  If a single
check is provided in payment of filing fees for more than one prisoner, the amount
to be allocated to each prisoner and case must be noted.  All checks should be made
payable to the "Clerk, U. S. District Court" and transmitted to:

                        U. S. District Court
                        Cashier - Suite 2300
                        1 Courthouse Way
                        Boston, MA  02210

                                        SARAH ALLISON THORNTON, CLERK

9/29/05                         By:
Date                                    Deputy Clerk

cc: Plaintiff

(ifppaymt.pri - 12/96)                                          [ntcifpfee.]

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

Date : 10/03/2005 07:26                    ### Inmate Transaction Report

Person ID  : MSA0091907                    Worcester Cty Sheriff's Office

Booking ID   S148003                       Statement From 01/01/2002

Name      :  HINES, ALBERT                      To 10/04/2005

Facility :  Worcester Cty
            Sheriff's Office

Unit     :  PJD BLDG

Cell/Bed :   52 /L

| Transaction | Type | Receipt | Check | Facility | Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/200 5 00:00 | Sb - Starting Balance | 3062163 | | SDW | ~CONVERSION-GO LIVE | $0.14 | $0.00 | $0.00 | $0.00 |
| 03/24/200 5 00:00 | Ml - Mail | 15005744 | P | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 03/25/200 5 00:00 | Cn - Canteen | 15006330 | | SDW | ~2878~CANTEEN MANAGER INTERFACE | $0.00 | $19.93 | $0.00 | $0.00 |
| 05/23/200 5 00:00 | Ml - Mail | 15021271 | | SDW | | $30.00 | $0.00 | $0.00 | $0.00 |
| 05/23/200 5 00:00 | Ml - Mail | 15021283 | | SDW | | $30.00 | $0.00 | $0.00 | $0.00 |
| 05/26/200 5 00:00 | Cn - Canteen | 15022433 | | SDW | ~10209~CANTEEN MANAGER INTERFACE | $0.00 | $31.07 | $0.00 | $0.00 |
| 06/02/200 5 00:00 | Cn - Canteen | 15024110 | | SDW | ~10919~CANTEEN MANAGER INTERFACE | $0.00 | $28.83 | $0.00 | $0.00 |
| 06/18/200 5 00:00 | Ml - Mail | 15028479 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 06/23/200 5 00:00 | Cn - Canteen | 15029866 | | SDW | ~13483~CANTEEN MANAGER INTERFACE | $0.00 | $20.02 | $0.00 | $0.00 |
| 07/13/200 5 00:00 | Vi - Visitation | 15035004 | | SDW | | $40.00 | $0.00 | $0.00 | $0.00 |
| 07/14/200 5 00:00 | Cn - Canteen | 15035343 | | SDW | ~15808~CANTEEN MANAGER INTERFACE | $0.00 | $29.28 | $0.00 | $0.00 |
| 07/21/200 5 00:00 | Cn - Canteen | 15037417 | | SDW | ~16496~CANTEEN MANAGER INTERFACE | $0.00 | $10.69 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

Date : 10/03/2005 07:26                     ### Inmate Transaction Report

Person ID  : MSA0091907                Worcester Cty Sheriff's Office

Booking ID  S148003                      Statement From 01/01/2002

Name    :   HINES, ALBERT                        To 10/04/2005

Facility :  Worcester Cty
            Sheriff's Office
Unit    :   FJD BLDG
Cell/Bed :  52 /L

| Transaction | Type | Receipt | Check | Facility | Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|---|
| 07/27/2005 00:00 | Ml - Mail | 15038891 | | SDW | | $40.00 | $0.00 | $0.00 | $0.00 |
| 07/28/2005 00:00 | Cn - Canteen | 15039479 | | SDW | ~17205~CANTEEN MANAGER INTERFACE | $0.00 | $32.20 | $0.00 | $0.00 |
| 08/02/2005 00:00 | Ml - Mail | 15040444 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2005 00:00 | Cn - Canteen | 15041258 | | SDW | ~17922~CANTEEN MANAGER INTERFACE | $0.00 | $27.89 | $0.00 | $0.00 |
| 08/06/2005 00:00 | Ml - Mail | 15042050 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/11/2005 00:00 | Cn - Canteen | 15043475 | | SDW | ~18766~CANTEEN MANAGER INTERFACE | $0.00 | $20.21 | $0.00 | $0.00 |
| 08/24/2005 00:00 | Vi - Visitation | 15046993 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 08/25/2005 00:00 | Cn - Canteen | 15047202 | | SDW | ~20185~CANTEEN MANAGER INTERFACE | $0.00 | $19.51 | $0.00 | $0.00 |
| 09/06/2005 00:00 | Ml - Mail | 15049923 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 09/08/2005 00:00 | Cn - Canteen | 15050932 | | SDW | ~21662~CANTEEN MANAGER INTERFACE | $0.00 | $19.49 | $0.00 | $0.00 |
| 09/24/2005 00:00 | Ml - Mail | 15055588 | | SDW | | $20.00 | $0.00 | $0.00 | $0.00 |
| 09/29/2005 00:00 | Cn - Canteen | 15057137 | | SDW | ~23889~CANTEEN MANAGER INTERFACE | $0.00 | $20.70 | $0.00 | $0.00 |
| | | | | | | $280.14 | $279.82 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

Date :   10/03/2005 07:26

### Inmate Transaction Report

| | |
|---|---|
| Person ID  : MSA0091907 | Worcester Cty Sheriff's Office |
| Booking ID   S148003 | Statement From 01/01/2002 |
| Name      :  HINES, ALBERT | To 10/04/2005 |
| Facility :  Worcester Cty Sheriff's Office | |
| Unit      :  FJD BLDG | |
| Cell/Bed :  52 /L | |

|  | Balance as of ending date : | Personal | Work Release |
|---|---|---|---|

Current Balances :

| Personal | Work Rel. | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.32 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 |