UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Albert J. Hines,
      Plaintiff

                                        CIVIL ACTION
      v.                                  NO. 05-40160-FDS

Worcester House of Correction,
      Defendant


## ORDER OF DISMISSAL

**SAYLOR, D.J.**

    Plaintiff not having complied with this Court's Memorandum and Order of 9/28/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                                  By the Court,


    <u>   12/6/05   </u>                    <u>/s/ Martin Castles</u>
        Date                            Deputy Clerk
                                              508-929-9904


**(Dismendo.ord - 09/92)**